# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

MELINDA CHALLENDER, JESSICA GREENE, BRITTANY KRITZ, DARNELL MUDGETT and ASHLEY TRYLCH, On their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

NORTHWEST MICHIGAN SURGERY CENTER, L.L.C. d/b/a COPPER RIDGE SURGERY CENTER,

      Defendant.

Case No. 1:23-cv-00344-JMB-PJG
Honorable: Jane M. Beckering
Magistrate: Phillip J. Green

| HURWITZ LAW PLLC | GORDON REES SCULLY MANSUKHANI |
|---|---|
| Noah S. Hurwitz (P74063) | Gregory M. Meihn (P38939) |
| Grant M. Vlahopoulos (P85633) | Matthew T. Wise (P76794) |
| Kara F. Krause (P85487) | Gordon Rees Scully Mansukhani, LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 617 Detroit St., Ste. 125 | 37000 Woodward Ave, Ste 225 |
| Ann Arbor, MI 48104 | Bloomfield Hills, MI 48304 |
| (844) 487-9489 | (313) 426-9815 |
| Noah@hurwitzlaw.com | Fax: (313) 406-7373 |
| Grant@hurwitzlaw.com | gmeihn@grsm.com |
| Kara@hurwitzlaw.com | mwise@grsm.com |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, this matter is DISMISSED WITH PREJUDICE and without any finding of wrongdoing by Defendant by a Judge or jury. This order disposes of all claims and closes the case.

2

**IT IS SO ORDERED.**

Date:  December 5, 2023                              /s/ Jane M. Beckering
                                                                                        Honorable Jane M. Beckering
                                                                                        United States District Judge

Stipulated to, and respectfully submitted, by:

/s/ *Noah S. Hurwitz*                              /s/Matthew T. Wise
Noah S. Hurwitz (P74063)                    MATTHEW  T. WISE (P76794)
HURWITZ LAW PLLC                          GORDON REES SCULLY MANSUKHANI
*Attorneys for Plaintiffs*                          *Attorneys for Defendants*

Dated: December 5, 2023